US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUG 2 6 2020

DOUGLAS F. YOUNG, Clerk
By

Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 5:20 CL50037-001 |
| | ) |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 641 |
| | ) |
| AMY ELIZABETH GRIGG | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

From on or about November 3, 2015, through on or about August 31, 2018, in the Western

District of Arkansas, Fayetteville Division, the Defendant, **AMY ELIZABETH GRIGG**, did

willfully and knowingly steal, purloin, and convert to her own use money of the United States, the

aggregate amount of which exceeded $1,000.00, that is property of the United States in the form

of Social Security Title II Retirement Benefits.

All in violation of Title 18, United States Code, Section 641.

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____

Claude S. Hawkins, Jr.
Assistant U. S. Attorney
Arkansas Bar No. 77062
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-mail: claude.hawkins@usdoj.gov

1